UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cesar Hernandez Lopez, <br> Plaintiff(s), <br> v. <br> United Parcel Service, Inc., <br> Defendant(s). | Case No. 4:21-cv-06652-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, S. Joseph Stephens, III, an active member in good standing of the bar of Ohio, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: United Parcel Service, Inc. in the above-entitled action. My local co-counsel in this case is Caroline Massey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 299691.

255 East Fifth St., Suite 1900,
Cincinnati, OH 45202
MY ADDRESS OF RECORD

655 W. Broadway, Suite 800
San Diego, CA 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(513) 832-5452
MY TELEPHONE # OF RECORD

(619) 400-0462
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

joseph.stephens@dinsmore.com
MY EMAIL ADDRESS OF RECORD

caroline.massey@dinsmore.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0093883.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/23/2021                                                                S. Joseph Stephens, III
                                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  S. Joseph Stephens, III  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/7/2021

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Stephen Joseph Stephens III**
Attorney Registration No. **0093883**

was admitted to the practice of law in Ohio on November 16, 2015; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 11th day of March, 2021.

GINA WHITE PALMER
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2021-03-11-1
Verify by email at GoodStandingRequests@sc.ohio.gov